UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE RAUL MELERO-LOPEZ,<br><br>Defendant. | CASE NO.:   20CR3165-JLS<br><br>ORDER CONTINUING MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that Mr. Melero-Lopez's motion hearing/trial setting currently scheduled for October 22, 2021, be continued to November 12, 2021, at 1:30 p.m.

**IT IS FURTHER ORDERED** that time be excluded under the Speedy Trial Act at 18 U.S.C. § 3161(h)(7). The Court finds that the continuance serves the ends of justice and outweighs the public and Defendant's interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:  October 20, 2021

Hon. Janis L. Sammartino
United States District Judge